United States District Court
Southern District of Texas
McALLEN DIVISION

20 January 21

United States District Court
Southern District of Texas
FILED
FEB 19 2021
Nathan Ochsner, Clerk

Cartius Lyrone Montgomery
Petitioner

VS

Bobby Lumpkin
Respondent

§
§
§ CIVIL ACTION NO. 7:20-CV-374
§
§
§
§
§

Response and Objections

I, Cartius Lyrone Montgomery, a state prisoner proceeding pro se requesting correction. I am not referring to any officer at the Lopez Unit. I am referring to Jeff Purus narcotics officer at the Kerr County Sheriff's Department. My $1200 was taken out of my wallet no receipt was given nor was it placed on my books. It was not a buy bust with marked bills. I was employed as an assistant general manager at Church's Chicken. I am requesting an attorney at this time as well to better assist me. They took pictures of my wallet but took the money out. I asked about it and he said we will take care of it. Sure did!! Kept it.

I am asking for time served to be granted on my sentence and or money replaced. How could someone gainfully employed in management and allegedly selling drugs not have one dollar on them at the time of arrest? They would have to be seriously strung out which means he would be missing work and behind on rent, car etc. I had not missed a day of work in a year. Thank you for your consideration and willingness to oblige me. I remain,

Respectfully,
Cartius Montgomery
2165062
Eastham Unit
2665 Prison Road #1
Lovelady, Texas 75851

My informa pauperis was submitted with proper documentation and I was denied. I believe that is a violation of my rights also. Your brief has several errors please reread. I move for time serve granted and money replaced.